UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WINSTON & STRAWN LLP,<br>    Plaintiff,<br><br>v.<br><br>THE LAW FIRM OF JOHN<br>ARTHUR EAVES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 13-1940 (JDB/AK)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Motion for Protective Order ("Def.'s MPO") [21], and Plaintiff's opposition thereto ("Pl.'s Opposition to MPO") [22]; Defendant's Motion for Extension of Discovery Deadline ("Def's Motion for Extension") [25] and Plaintiff's Opposition thereto (Pl.'s Opposition to Motion for Extension") [26]; and Plaintiff's Motion for Protective Order ("Pl.'s MPO") [27], and for the reasons set forth in the accompanying Memorandum Opinion, it is this 25th day of November, 2014,

ORDERED that Defendant's Motion for Protective Order [21] is granted in part and denied in part. Mr. Eaves' deposition (as a fact witness and as a Rule 30(b)(6) witness) will be completed by December 19, 2014, in the District of Columbia. The Court has taken under advisement the issue of reimbursement of travel costs associated with the deposition. Plaintiff shall refrain from asking questions about the work performed by the Law Firm of John Arthur Eaves ("Eaves law Firm") on behalf of its clients but may inquire about money billed and collected by the Eaves Law Firm and it is further

2

ORDERED that the Defendant's Motion for Extension of Discovery Deadline [25] is granted.  Discovery is extended until December 19, 2014, for the purpose of both parties taking their respective depositions that were noticed prior to November 21, 2014, and it is further

ORDERED that Plaintiff's Motion for Protective Order [27] is denied. The deposition of John Waits shall be completed by December 19, 2014, in the District of Columbia.


DATE: November 24, 2014                                        /s/_____

ALAN KAY
UNITED STATES MAGISTRATE JUDGE