UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WINSTON & STRAWN, L.L.P, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:13-cv-01940-AK |
| | : | |
| THE LAW FIRM OF | : | |
| JOHN ARTHUR EAVES, | : | |
| | : | |
|    Defendant. | : | |
| | : | |

## NOTICE OF DISMISSAL

Plaintiff, Winston & Strawn, L.L.P, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), enters the matter as settled, satisfied, and dismissed with prejudice with each party to bear its own costs and attorney fees.

Dated: December 31, 2014

                                        Respectfully submitted,

                                        */s/ Erin D. Hendrixson*_____
                                        Paul J. Maloney, #362533
                                        Erin D. Hendrixson, #1011749
                                        CARR MALONEY, P.C.
                                        2000 L Street, N.W., Suite 450
                                        Washington, D.C. 20036
                                        Tel: (202) 310-5500
                                        Fax: (202) 310-5555
                                        pjm@carrmaloney.com
                                        edh@carrmaloney.com
                                        *Counsel for Winston & Strawn, L.L.P.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Dismissal* was electronically filed and served, on this 31st day of December, 2014 to:

> John Arthur Eaves, Jr., Esquire
> 101 North State Street
> Jackson, MS 39201
> *Defendant*
>
> Melvin L. Pace, Esquire
> 310 Edgewood Terrace, Suite A
> Jackson, MS 39206
> *Counsel for Defendant*

> > */s/ Erin D. Hendrixson*
> > Erin D. Hendrixson